IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERMAN DUNNING<br>BOP Reg. # 14336-003,<br>   Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>   Respondent. | )<br>)<br>)<br>)  CIVIL ACTION NO. 17-00174-WS<br>)<br>) CRIMINAL ACTION NO. 15-00174-WS-N<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations (Doc. 51[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated February 20, 2018, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Sherman Dunning's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 44) is **DENIED** and **DISMISSED with prejudice**. It is further **ORDERED** that Dunning is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Dunning is not entitled proceed *in forma pauperis* on appeal.

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 9th day of March, 2018.

**s/WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**